# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROCHELL JONES, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 12-5205 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this 12th day of February, 2014, upon consideration of the Report and Recommendation of Magistrate Judge Timothy R. Rice, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 26) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 17) is **GRANTED**;

3. This matter is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation; and

4. The Clerk of Court shall mark this case closed for statistical purposes.

                                                   **AND IT IS SO ORDERED.**

                                                   */s/ Paul S. Diamond*

                                                   _____

                                                   Paul S. Diamond, J.